

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED.

DATED: 1:49 pm, August 10, 2020

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-664-BNW |
| Plaintiff, | |
| v. | |
| KAREN CHAPON,<br>    aka "Karen Hannafious," | |
| Defendant. | |

**[Proposed] Order Granting Government's Motion to Seal Complaint**

**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __10th__ day of August, 2020.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268
jessica.oliva@usdoj.gov

*Attorneys for the United States*

FILED.

DATED: 1:49 pm, August 10, 2020

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>KAREN CHAPON,<br>   aka "Karen Hannafious,"<br><br>   Defendant. | Case No. 2:20-mj-664-BNW<br><br>**Government's Motion to Seal Complaint**<br><br>**(Filed Under Seal)** |

The United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Motion and the Court's Sealing Order, in the above-captioned matter until such time as the Court, or another Court of competent jurisdiction, shall order otherwise.

It is necessary for the Complaint in this case to be sealed in light of the fact that it makes reference to information regarding an ongoing investigation. Public disclosure of the information in the Complaint might jeopardize the investigation because Defendant Karen Chapon is not yet in custody. Chapon is charged with engaging in a scheme to defraud financial institutions by submitting false documentation and information in applications for

federal Paycheck Protection Program loans. In making these applications, Chapon claimed to be operating companies which had been generating substantial revenues and incurring significant expenses before the COVID-19 pandemic. In reality, these companies do not appear to have been operational at all. Should Chapon learn of this investigation before she is arrested, Chapon could fabricate, alter or destroy evidence of these crimes.

To facilitate Chapon's arrest, the Government respectfully requests that this Court grant the Government's motion and seal the Complaint in this case, as well as this Motion and the Court's Order on this Motion.

DATED this 10th day of August, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney