RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Karen Chapon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>KAREN CHAPON,<br><br>            Defendant. | Case No. 2:20-cr-286-JCM-NJK<br><br>UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND PROPOSED ORDER |

The defendant, Karen Chapon, by and through her attorney of record, Brian Pugh, Assistant Federal Public Defender, files this Unopposed Motion to Conduct a Pre-Plea Pre-Sentence Investigation Report on Karen Chapon.

On October 21, 2020, Ms. Chapon was charged by indictment with four counts of Bank Fraud in violation of 18 U.S.C. § 1344(2), two counts of False Statement to a Financial Institution, 18 U.S.C. § 1014, and one count of Unlawful Monetary Transaction in violation of 18 U.S.C. § 1957.  ECF No. 22.

Ms. Chapon is in the process of deciding whether to plead guilty to the charges and thereby eliminate the need for this Court to conduct a trial.  However, she is uncertain regarding the implications of her criminal history on her potential sentencing guideline calculation.  Ms.

Chapon's criminal history calculation and sentencing guideline range will necessarily affect the outcome and disposition of the case. Counsel and Ms. Chapon are unable to definitively determine her sentencing guideline range without knowing her entire criminal history and therefore a pre-plea pre-sentence investigation report is requested.

To satisfy Ms. Chapon's concerns and to assure that she has the information she needs to make a truly knowing and intelligent decision, as whether to plead guilty, she has requested that a pre-plea pre-sentence investigation report be completed. Undersigned counsel has spoken with the government and it does not oppose this motion. Trial in this matter is set for May 17, 2021.

For the reasons stated above, the parties respectfully request that a pre-plea pre-sentence investigation report be conducted in this matter.

DATED this 26th day of February 2021.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Brian Pugh
BRIAN PUGH
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Karen Chapon,<br><br>Defendant. | Case No.: 2:20-cr-286-JCM-NJK<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for Karen Chapon.

DATED March 19, 2021.

_____
UNITED STATES DISTRICT JUDGE