CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN CHAPON,<br>  aka "Karen Hannafious,"<br><br>Defendant. | 2:20-CR-286-JCM-NJK<br><br>**United States of America's Motion for Disbursement of $67,420.89 to Mercedes Benz Financial Services USA LLC from net proceeds minus storage fees, costs, and expenses from the Interlocutory Sale of the 2018 Mercedes Benz G63 AMG, ECF No. 40, and Order** |

The United States requests this Court enter an order authorizing the government to disburse $67,420.89 by ACH to pay off the lien of Mercedes Benz Financial Services USA LLC (Mercedes Benz LLC) from the net proceeds minus the cost of storage and expenses from the interlocutory sale of the gray 2018 Mercedes Benz G63 AMG sports utility vehicle VIN WDCYC7DH6JX291626 (2018 Mercedes) held in the name of Karen Chapon, aka "Karen Hannafious,"(Chapon), listed in the forfeiture allegations of the Criminal Indictment (Indictment), ECF No. 22.

The grounds for granting this motion are as follows. First, the lien on the 2018 Mercedes continues to accrue interest. Second, the sooner the 2018 Mercedes unpaid vehicle loan is paid in full, the more net sale proceeds will exist. Third, this Court is authorized to approve the distribution of funds from interlocutory sales.

This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities, and the attached Exhibits.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF THE CASE

### A. Procedural History

The Grand Jury returned a Seven-Count Indictment, alleging forfeitures against Chapon, including, among other things, the 2018 Mercedes, ECF No. 22. This Court scheduled the jury trial for December 14, 2020, ECF No. 26. Chapon requested continuances of the trial, and this Court granted them, scheduling the jury trial for November 1, 2021, ECF Nos. 32, 33, 37, 39, 41.

The government filed a Motion for Interlocutory Sale of the 2018 Mercedes, ECF No. 34. Chapon failed to respond, and the government filed a Reply to Chapon's Failure to Respond to Government's Motion for Interlocutory Sale, ECF No. 38. This Court ordered the interlocutory sale of the 2018 Mercedes, ECF No. 40.

### B. Statement of Facts

In June 2020, Chapon bought the 2018 Mercedes for $105,995 plus a documentary fee of $695 for a total of $106,690. She made a down payment of $49,987.73 from fraudulently obtained illegal proceeds and financed $65,000 at 7.64% annual percentage rate with the total cost including interest at $81,493.92 with payments of 72 months at $1,131.86 per month. Chapon never made a car payment towards the 2018 Mercedes. ECF Nos. 22, 34; Exhibit (Ex.) 1, Declaration of Federal Bureau of Investigation Special Agent (FBI SA) Thomas Lydiksen; Ex. 2, Vehicle Purchase Contract; Ex. 4, Mercedes Payoff Letter, all of which are attached hereto and incorporated herein by reference as if fully set forth herein.

The FBI seized the 2018 Mercedes. On September 8, 2020, the United States Marshals Service (USMS) took custody of the 2018 Mercedes, and it began to accrue storage fees, costs, and expenses. Ex. 1. On April 12, 2021, the USMS sold the 2018 Mercedes through an interlocutory sale for $105,000. The USMS took $10,511.24 for storage fees, costs, expenses, and costs of selling. 21 U.S.C. § 853(g); 19 U.S.C. §§ 1609(a) 1611, and 1613(a) and (b). The net sale proceeds are $94,488.76. Ex. 3, USMS Interlocutory Sale Proceeds, attached hereto and incorporated herein by reference as if fully set forth

herein. The United States has not yet paid off Mercedes Benz LLC's currently due lien of $67,420.89 on the 2018 Mercedes. Ex. 4; Ex. 5, ACH form, attached hereto and incorporated herein by reference as if fully set forth herein.

**II. ARGUMENT**

This Court has authority to issue an Interlocutory Order of Sale. *See* Fed. R. Crim. P. 32.2(b)(7); Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture G(7) of the Federal Rules of Civil Procedure (paying of lien in default). Some reasons for the interlocutory sale were Chapon's default on the loan payment, the accruing interest on the lien, and the depreciating value of the 2018 Mercedes. Without paying off the lien, the accruing interest will continue to reduce the net sale proceeds or the remaining illegal proceeds. The interlocutory sale is meant to prevent the continue loss of the forfeitable asset. Ex. 4 and Ex. 5. Paying off the lien will achieve its purpose.

**III. CONCLUSION**

For the foregoing reasons, the Court should order the USMS to pay $67,420.89 in full for the unpaid lien to Mercedes-Benz LLC from the net sale proceeds from the interlocutory sale of the 2018 Mercedes.

Dated: June 8, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: June 25, 2021

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on June 8, 2021, and by

<u>Certified Mail Return Receipt and First Class Mail</u>:

Goldfein Attorneys at Law
Gregory Mgrditchian, Attorney at Law
140 East Ridgewood Avenue, Suite 415 South Tower
Paramus, NJ 07652

Daimler Trust, Daimler Title Co., and Mercedes Benz Financial Services, LLC
14372 Hermitage Parkway
Fort Worth, TX 76177

/s/ Misty L. Dante
MISTY L. DANTE
FSA Contractor Law Clerk