RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Karen Chapon

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN CHAPON, <br><br> Defendant. | Case No: 2:20-cr-286-JCM-NJK <br><br> **EMERGENCY STIPULATION TO MODIFY CONDITIONS OF RELEASE (EXPEDITED TREATMENT REQUESTED)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Karen Chapon, that Ms. Chapon's pretrial release travel condition be amended to allow Ms. Chapon to travel to the State of Colorado as outlined in paragraph 5, below.

This stipulation is entered into for the following reasons:

1. Ms. Chapon's father is dying of cancer and was recently placed in the care of hospice. The defense has provided her pretrial services officer and the government with verification of hospice care.

2. Ms. Chapon requests that she be permitted to travel to Colorado to visit her father before he passes. There may not be much time before her father passes.

3. Ms. Chapon has been on pretrial supervision for eight months. During that time, she has had a minor violation which is being addressed by Ms. Chapon agreeing to forfeit her medical marijuana card.

4. Ms. Chapon's pretrial services officer has no objection to modifying her conditions of release to permit travel to the State of Colorado.

5. Ms. Chapon has arranged to fly to Colorado on Friday, July 9, 2021, stay in the home of her parents, and return on July 26, 2021. More detailed information, including her parent's address, was provided to her pretrial services officer.

6. The parties agree to this modification.

Dated this 9th day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender<br>Counsel for Defendant | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

_____
BRENDA WEKSLER
United States Magistrate Judge

DATED: July 9, 2021