RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Karen Chapon

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-286-JCM-NJK |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| KAREN CHAPON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Karen Chapon, that Ms. Chapon's pretrial release travel condition be amended to allow Ms. Chapon to stay in Colorado as outlined below.

This stipulation is entered into for the following reasons:

1. On July 9, 2021, the Court modified Ms. Chapon's conditions of pretrial release to permit her to travel to Colorado from July 9 to July 26, 2021 to visit her father, who had been admitted to hospice care. ECF No. 56.

1       2.      Ms. Chapon's father died, and she requests to stay for the funeral and help her
2  mother settle her father's final affairs.
3       3.      Ms. Chapon requests that she be permitted to stay in Colorado until August 19,
4  2021.
5       4.      Ms. Chapon has been on pretrial supervision for eight months.  During that time,
6  she has had a minor violation which was addressed by Ms. Chapon agreeing to forfeit her medical
7  marijuana card.
8       5.      Ms. Chapon's Pretrial Services Officer does not oppose this modification if
9  Pretrial Services is able to arrange for drug testing in the District of Colorado. Ms. Chapon's
10 Pretrial Services Officer is in the process of determining whether doing so will be possible. Ms.
11 Chapon agrees to submit to drug testing in the District of Colorado during her time there from the
12 date of this stipulation through her return to the District of Nevada.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22                                              2

6. The parties agree to this modification.

Dated this 23rd day of July 2021.

| RENE L. VALLADARES | Christopher Chiou |
| Federal Public Defender | Acting United States Attorney |
| | |
| By /s/ Brian Pugh | By /s/ Jessica Oliva |
| BRIAN PUGH | JESSICA OLIVA |
| Assistant Federal Public Defender | Assistant U.S. Attorney |
| Counsel for Defendant | |

ORDER

IT IS SO ORDERED.

_____
BRENDA WEKSLER
United States Magistrate Judge

DATED: 7/23/2021