RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org
Attorney for Karen Chapon

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-286-JCM-NJK |
| Plaintiff, | **THIRD STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| KAREN CHAPON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Karen Chapon, that Ms. Chapon's pretrial release travel condition be amended to allow Ms. Chapon to travel to Colorado as outlined below.

This stipulation is entered into for the following reasons:

1. On July 9, 2021, the Court modified Ms. Chapon's conditions of pretrial release to permit her to travel to Colorado from July 9 to July 26, 2021 to visit her father, who had been admitted to hospice care. ECF No. 56.

2. On July 23, 2021, the Court modified Ms. Chapon's conditions of pretrial release

to permit her to travel to Colorado for the funeral of her father. ECF No. 62.

3. Ms. Chapon requests that she be permitted to return to Colorado on September 9, 2021, to participate in her deceased father's Ash Spreading Ceremony. She will return to the District of Nevada on September 19, 2021.

4. Ms. Chapon has been on pretrial supervision for more than a year. During that time, she has had a minor violation which was addressed by Ms. Chapon forfeiting her medical marijuana card.

5. Ms. Chapon's Pretrial Services Officer does not oppose this modification to her release conditions.

6. The parties agree to this modification.

Dated this 7th day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

_____
BRENDA WEKSLER
United States Magistrate Judge

DATED: September 7, 2021.