CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KAREN CHAPON,<br>     aka "Karen Hannafious,"<br><br>          Defendant. | Case No. 2:20-cr-00286-JCM-NJK<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Lucy Jennings, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

Ms. Jennings is a member in good standing of the bars of the State of California and the District of Columbia, she is employed by the United States as an attorney, and, in the

///

///

///

course and scope of her employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: September 14, 2021

                                                Respectfully submitted,

                                                */s/ Susan Cushman*
                                                SUSAN CUSHMAN
                                                Assistant United States Attorney
                                                Chief, Criminal Division

IT IS SO ORDERED: _____
                                    UNITED STATES OF AMERICA

Dated: September 24, 2021