RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Karen Chapon

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-286-JCM-NJK |
| Plaintiff, | |
| vs. | **FIFTH EMERGENCY STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| KAREN CHAPON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Karen Chapon, that Ms. Chapon's pretrial release travel condition be amended to allow Ms. Chapon to travel to California as outlined below.

This stipulation is entered into for the following reasons:

1. Ms. Chapon requests to travel to California the week of February 14, 2022, to care for her elderly mother. Ms. Chapon's mother lives with Ms. Chapon's brother who will be out of town next week. Ms. Chapon's mother recently fell and broke her wrist and has limited mobility.

2. Ms. Chapon will provide her itinerary and address where she will be staying to Pretrial Services before travelling to California.

3. Ms. Chapon's Pretrial Services Officer does not oppose this modification to her release conditions.

4. The parties agree to this modification.

Dated this 11th day of February 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

_____
BRENDA WEKSLER
United States Magistrate Judge

DATED: 2/11/2022