RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org
Attorney for Karen Chapon

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 2:20-cr-286-JCM-NJK |
| Plaintiff, ) | |
| ) | **SIXTH STIPULATION TO MODIFY** |
| vs. ) | **CONDITIONS OF RELEASE** |
| ) | |
| KAREN CHAPON, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Karen Chapon, that Ms. Chapon's pretrial release travel condition be amended to allow Ms. Chapon to travel to California as outlined below.

This stipulation is entered into for the following reasons:

1. Ms. Chapon needs to travel to California occasionally for work and to help care for her elderly mother.

2. The parties agree that Ms. Chapon will be permitted to travel to California for work and other purpose, but only with prior approval from pretrial services.

3.  Ms. Chapon's Pretrial Services Officer does not oppose this modification to her release conditions.

Dated this 11th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

_____
BRENDA WEKSLER
United States Magistrate Judge

DATED: March 11, 2022