RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Karen Chapon

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-286-JCM-NJK |
| Plaintiff, | **SEVENTH STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| KAREN CHAPON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Karen Chapon, that Ms. Chapon's pretrial release travel condition be amended to allow Ms. Chapon to travel to Colorado as outlined below.

This stipulation is entered into for the following reasons:

1. On March 11, 2022, the Court modified Ms. Chapon's pretrial release conditions to expand her travel restriction to include travel California with prior Pretrial Services approval. ECF No. 79. This modification was made to allow Ms. Chapon to travel to California for work and to care for her elderly mother. *Id*.

2. Since the Court granted the modification, Ms. Chapon's mother moved to Colorado.

3. Ms. Chapon requests that her travel restriction be modified to also permit her to travel to Colorado for the purpose of caring for her mother with prior Pretrial Services Approval.

4. Ms. Chapon's Pretrial Services Officer does not object to this modification to her release conditions.

5. The parties agree to this modification.

Dated this 20th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

BRENDA WEKSLER
United States Magistrate Judge

DATED: September 21, 2022