# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN CHAPON,

    Defendant.

Case No.: 2:20-CR-00286-JCM-NJK

**PROTECTIVE ORDER**

[Docket No. 89]

    IT IS HEREBY ORDERED that the following protective measures shall apply with respect to the sensitive non-public materials to be provided to defense, as well as any subsequent court filings, including any motions, briefings, or associated exhibits concerning the sensitive non-public materials or the information contained therein (the "Protected Materials"):

    1.    Access to the Protected Materials shall be restricted to the following individuals: the named defendant, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorney's duties in the prosecution or defense of this case, including investigators, paralegals, retained experts, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

    2.    The Covered Individuals shall be advised of the Protective Order, and, without leave of Court, the Covered Individuals shall not:

    a.    make copies for, or allow copies of any kind to be made by any other person of the Protected Materials in this case;

    b.    allow any other person to read or review the Protected Materials in this case;

      c.    use the Protected Materials for any purpose other than litigating the charges in this case; or

      d.    attach any Protected Materials to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal ~~and properly compliant with LR IC 6-1.~~ in compliance with the procedures and requirements of Local Rule IA 10-5 and Local Rule IC 6-1.

      3.    Nothing in this stipulation is intended to restrict the Covered Individuals from discussing the content of the Protected Materials with the defendant.

      4.    The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

IT IS SO ORDERED.

DATED this 11th day of October, 2022.

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

4