# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KAREN CHAPON,<br><br>　　　　　　　Defendant. | Case No. 2:20-cr-00286-JCM-NJK<br><br>**Order**<br><br>[Docket No. 94] |

　　　Pending before the Court is Defendant's motion to compel discovery. Docket No. 94. Any response must be filed by February 21, 2023, and any reply must be filed by February 24, 2023.

　　　IT IS SO ORDERED.

　　　DATED: February 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE