# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00286-JCM-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 93, 101, 102] |
| KAREN CHAPON, | |
| Defendant. | |

Pending before the Court are three motions to seal related to the briefing on the motion to compel. Docket Nos. 93, 101, 102.[1] As articulated in the Government's motion to seal, Docket No. 101, good cause exists to seal these filings and redaction is not feasible in this instance. Accordingly, the motions to seal are **GRANTED**. The Clerk's Office is **INSTRUCTED** to continue maintaining the subject filings under seal.

IT IS SO ORDERED.

DATED: February 28, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Following the filing of the first motion to seal, the Court issued an order requiring a more fulsome explanation for the sealing request. Docket No. 97.