JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN CHAPON,<br>    aka "Karen Hannafious,"<br><br>    Defendant. | Case No. 2:20-cr-00286-JCM-NJK<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

    The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Jennifer Bilinkas, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

    Ms. Bilinkas is a member in good standing of the bar of the State of New York, she is employed by the United States as an attorney, and, in the course and scope of her

///

///

///

employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: April 10, 2023

Respectfully submitted,

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED: _____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2023