Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV  89104
(702) 222-0007 (T) | (702)222-0001
Email:  Lisa@VeldLaw.com

Attorneys for Defendant Karen Chapon

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>KAREN CHAPON,<br><br>             Defendant. | Case No.: 2:20-cr-286 JCM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

The parties, Karen Chapon, by and her counsel, Lisa A. Rasmussen, Esq., and the United States, by and through its counsel, Assistant United States Attorney Jessica Oliva, hereby stipulate as follows:

1. Defense counsel has just appeared in this case and needs additional time to prepare for sentencing.
2. The government has no objection to this.
3. No prior requests to extend the date for sentencing have been made.
4. Sentencing is presently scheduled for November 29, 2023.  The parties propose January 12, 2024 and this date appears to work for the Court as well.

STIPULATION TO CONTINUE SENTENCING HEARING - 1

5. Ms. Chapon is on pretrial release and is not opposed to this request.

6. Denial of this request would cause prejudice to both the government and the defendant.

Dated this 20th day of October, 2023.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
Counsel for Karen Chapon


**JASON FRIERSON,**
**United States Attorney**
**District of Nevada**

/s/ Jessica Oliva
_____
BY:  JESSICA OLIVA
Assistant United States Attorney


### ORDER

Pursuant to the Stipulation of the parties, and good cause appearing,

IT IS FURTHER ORDERED that the Sentencing hearing presently scheduled for November 29, 2023 shall be vacated and reset as follows to **January 12, 2024 at 10:00 a.m.**

DATED October 23, 2023.

_____
The Honorable James C. Mahan
United States District Judge

STIPULATION TO CONTINUE SENTENCING HEARING - 2