1

2 Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491

3 **THE LAW OFFICES OF KRISTINA**
**WILDEVELD & ASSOCIATES**

4 550 E. Charleston Blvd., Suite A

5 Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001

6 Email:  Lisa@VeldLaw.com

7 *Attorneys for Defendant, Karen Chapon*

8

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11

12 UNITED STATES OF AMERICA,            Case No.: 2:20-cr-00286 JCM-NJK

Plaintiff,
13

14 vs.                                                          **STIPULATION TO EXTEND**
**SELF-SURRENDER DATE**

15 KAREN CHAPON,

16
Defendant.
17

18          IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson,

19 United States Attorney, and Jessica Oliva, Assistant United States Attorney,

20 counsel for the United States of America, and Lisa A. Rasmussen, Esq., CJA appointed

21 counsel for Karen Chapon, that the date scheduled for Ms. Chapon to self-surrender to

22 her federal Bureau of Prisons (BOP) designated facility be extended for fourteen (14)

23 days, to July 5, 2024 before 12:00 noon.

24          The Stipulation is entered into for the following reasons:

25          1.  The Court issued its judgment as to Karen Chapon on March 21, 2024, and

26               designated a surrender date of June 21, 2024. (*See* ECF No. 146.)

27

28

2. That the government agrees to the requested stipulation of 14 days and reserves the right to oppose any further extension requests.

3. Ms. Chapon had COVID last week and is still trying to arrange coverage for events she booked prior to entry of her plea.

4. Ms. Chapon reports and that she is in compliance with all of her conditions of pre-trial and post-sentencing release.

This is the first stipulation to continue the self-surrender date filed herein.

DATED this 18th day of June, 2024.

THE LAW OFFICES OF KRISTINA
WILDEVELD & ASSOCIATES

JASON M. FRIERSON
UNITED STATES ATTORNEY

By:     /s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
CJA Counsel for Karen Chapon

By:     /s/ Jessica Oliva
JESSICA OLIVA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00286 JCM-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| KAREN CHAPON, | |
| Defendant. | |

Based on the stipulation of counsel, and for good cause shown, the Court finds that Ms. Chapon's current Bureau of Prisons surrender date of June 21, 2024, be extended to July 5, 2024, by noon.

DATED:          June 20, 2024

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE